**Dwayne HARDEMAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 031–94.**

Court of Criminal Appeals of Texas,
En Banc.

Feb. 1, 1995.

**Ex parte James Ernest LYLES.**

**No. 72019.**

Court of Criminal Appeals of Texas.

Feb. 1, 1995.

David A. Schulman, Austin, for appellant.

Ronald Earle, Dist. Atty., Lisa Dotin Stewart, Asst. Dist. Atty., Robert Huttash, State's Atty., Austin, for State.

*OPINION ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW*

MANSFIELD, Judge.

A jury found appellant guilty of aggravated assault. The trial court assessed punishment at five years confinement in the Texas Department of Criminal Justice—Institutional Division. The Court of Appeals affirmed appellant's conviction. *Hardeman v. State,* 868 S.W.2d 404 (Tex.App.—Austin 1993).